IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| BONNIE K. SHORT | ) | BANKRUPTCY NO. 08-40633 |
| Debtor(s). | ) | CHAPTER 7 |

## NOTICE OF DEPOSIT OF SMALL DIVIDEND

Comes now the Trustee, Kimberly A. Wright, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #6 | GE Money Bank<br>dba WALMART<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Ste 1120<br>Miami, FL 33131 | $ 2.62 |
| Claim #7 | GE Money Bank<br>dba Sams Club<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Ste 1120<br>Miami, FL 33131 | $ 2.31 |

Respectfully submitted,

 /s/ Kimberly A. Wright
Kimberly A. Wright, Trustee
200 Ferry Street, Suite B
P. O. Box 377
Lafayette, Indiana 47902-0377
Telephone: (765) 742-7259
Facsimile: (765) 742-6868
Email: kimberly.gilbert1@verizon.net

**CERTIFICATE OF SERVICE**

       I certify that on May 20, 2010, service of a true and complete copy of the foregoing pleading was made upon:

1. U. S. Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana, 46601
2. Brad Woolley, 103 East Broadway, Monticello, IN 47960
3. GE Money Bank, dba WALMART, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Ste 1120, Miami, FL 33131
4. GE Money Bank, dba Sams Club, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Ste 1120, Miami, FL 33131

by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.

                                                                  /s/ Kimberly A. Wright
                                                                  Kimberly A. Wright